**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-mj-8235-RMM

**UNITED STATES OF AMERICA**

v.

PEDRO ANTONIO SANCHEZ-PINEDA

**Defendant.**
_____/

FILED BY _____SP_____ D.C.
May 21, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ___ Yes  X No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  *Shannon O'Shea Darsch*
Shannon O'Shea Darsch
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:        (561) 820-8711
Fax:       (561) 820-8777
Email:    shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24-mj-8235-RMM |
| PEDRO ANTONIO SANCHEZ-PINEDA, | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY ___SP___ D.C.
May 21, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 17, 2024 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Delbaugh, Deportation Officer ICE
*Printed name and title*

Sworn to before me and signed in my presence. via Facetime

Date: 5/21/24

_____
Judge's signature

City and state: West Palm Beach, FL     Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Delbaugh, being duly sworn, do solemnly swear and state that:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2015. I am currently assigned to Enforcement and Removal Operations (ERO), Fugitive Operations Team, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature. Previously, from September 2007 to September 2015, I was an Immigration Enforcement Agent with ICE. As an Immigration Enforcement Agent my duties and responsibilities also included enforcing criminal and administrative immigration laws of the United States.

2. As part of my training as a Deportation Officer, I attended the United States Immigration and Customs Enforcement Academy, at the Federal Law Enforcement Training Center, in Glynco, GA. In addition, I received specialized training regarding the investigation and enforcement of United States immigration laws. In my capacity as a Deportation Officer, I am charged with enforcing federal administrative and criminal laws under Titles 8, 18, and 19 of the United States Code. Further, as a federal law enforcement officer, I have the authority to conduct investigations, make arrests, execute search warrants, and take sworn statements.

3. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. The information set forth in this affidavit is not intended to detail all facts and circumstances of the investigation known by me or other law enforcement personnel. Rather, this affidavit serves solely to establish that there is probable cause to believe that Pedro Antonio SANCHEZ-PINEDA ("SANCHEZ-PINEDA") committed the offense of

being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

## PROBABLE CAUSE

4.      On or about April 24, 2024, the Stuart, FL ICE ERO Fugitive Operations Team received information from the Florida Highway Patrol (FHP) regarding a suspected fugitive illegal alien identified as SANCHEZ-PINEDA. FHP informed ICE ERO that SANCHEZ-PINEDA was stopped on March 17, 2024, for suspicion of Driving Under the Influence. SANCHEZ-PINEDA was asleep behind the wheel of a 2016 silver Ford Explorer bearing Florida tag: 02EKZC. While FHP was conducting a roadside sobriety test, SANCHEZ-PINEDA fled from the scene on foot. While pursuing SANCHEZ-PINEDA, an FHP Trooper was seriously injured, causing the FHP Trooper to need surgical intervention, and she has yet to return to duty. A multi-agency search for SANCHEZ-PINEDA was conducted in the area of his escape with negative results.

5.      On April 30, 2024, your affiant conducted surveillance at SANCHEZ-PINEDA's last known address at an apartment in Wellington, FL 33467. At approximately 6:45 a.m., your affiant witnessed a Hispanic male matching SANCHEZ-PINEDA's physical description exit the apartment building and walk to a silver Ford Explorer bearing Florida tag: 02EKZC. Your affiant contacted FHP requesting assistance and advised that SANCHEZ-PINEDA was leaving the residence. Your affiant followed SANCHEZ-PINEDA to the intersection of Lantana Road and Lyons Road, where FHP assisted in conducting a felony stop. SANCHEZ-PINEDA was placed into ICE custody without incident. SANCHEZ-PINEDA's vehicle was inventoried by FHP, where an open container of alcohol was located in the back seat area of the vehicle. FHP impounded the vehicle and SANCHEZ-PINEDA was cited for multiple criminal traffic infractions.

6. On the same day, while processing SANCHEZ-PINEDA at the Lantana FHP Substation, located at 1299 W. Lantana Rd, Lantana, FL 33462, a FHP Trooper searched SANCHEZ-PINEDA's property incident to arrest. While searching SANCHEZ-PINEDA's phone case, the FHP Trooper discovered a clear plastic baggie containing a white powdery substance, suspected to be cocaine. The baggie was placed into FHP evidence. The narcotics were tested at the FHP evidence room with a Thermo Scientific TruNarc Handheld Narcotic Analyzer. Testing revealed the narcotics tested positive for cocaine and weighed 0.3 grams.

7. Thereafter, your affiant and a deportation officer conducted a post *Miranda* interview of SANCHEZ-PINEDA, which was audio recorded via an agency digital recorder. During the interview, SANCHEZ-PINEDA admitted to entering the United States without proper documentation or permission from the Department of Homeland Security. Additionally, SANCHEZ-PINEDA admitted having the cocaine found in his phone for personal use and that he was given the narcotics by his boss "Victor." When questioned as to why he fled from the FHP on March 17, 2024, he admitted that he was drunk and did not want to go to jail.

8. As part of my investigation, your affiant reviewed documents from the immigration alien file belonging to SANCHEZ-PINEDA, AXXX XXX 887. A review of Department of Homeland Security electronic indices and the immigration alien file assigned to SANCHEZ-PINEDA showed that he is a native and citizen of Mexico.

9. Records further show that on February 11, 2023, SANCHEZ-PINEDA was ordered removed from the United States by a designated official in El Centro, CA. Records in the alien file show that on or about February 12, 2023, SANCHEZ-PINEDA was removed from the United States to Mexico.

10. SANCHEZ-PINEDA's fingerprints were entered into the Automated Biometric Identification System (IDENT) system, a biometric database maintained by the Department of Homeland Security on April 30, 2024. IDENT results confirmed that the fingerprints belonged to the individual who was previously removed from the United States, that is, Pedro Antonio SANCHEZ-PINEDA.

11. On May 2, 2024, your affiant submitted SANCHEZ-PINEDA's fingerprints from his April 30, 2024, arrest and his prior removal document (I-296) dated February 12, 2023, to the United States Homeland Security Investigations Forensic Laboratory for comparison. Upon submission, Senior Fingerprint Specialist Craig Hellmann examined the exhibits and determined that the impressions were identified as being made by the same individual, who is SANCHEZ-PINEDA.

12. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if SANCHEZ-PINEDA had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that SANCHEZ-PINEDA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

13. SANCHEZ-PINEDA's records from the National Crime Information Center (NCIC) and Palm Beach County, FL Clerk of Courts confirmed multiple outstanding warrants of arrest out of Broward County, FL. SANCHEZ-PINEDA's warrants of arrest were for failure to appear to court for Driving without a License and for violation of probation for Driving Under the Influence with Minors in Vehicle.

14. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Pedro Antonio SANCHEZ-PINEDA committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER DELBAUGH
DEPORTATION OFFICER
IMMIGRATION AND CUSTOMS ENFORCEMENT


Subscribed and sworn to by FaceTime/telephone
Pursuant to Fed. R. Crim. P. 4.1

This  21  day of May 2024, in West Palm Beach, Florida

_____
Ryon M. McCabe
UNITED STATES MAGISTRATE JUDGE

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: <u>Pedro Antonio Sanchez-Pineda</u>

**Case No**: _____

Count #: 1

<u>   Illegal re-entry into the United States after deportation or removal   </u>

<u>   Title 8, United States Code, Section 1326(a)   </u>

* **Max. Term of Imprisonment:**  Two (2) years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** One (1) year
* **Max. Fine:** $250,000
* **Special Assessment:** $100.00

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.